# United States Court of Appeals
## For the Eighth Circuit
_____

No. 19-3066
_____

Stephanie Sims

*Plaintiff - Appellant*

v.

Metro Transit; Metropolitan Council

*Defendants - Appellees*

Amalgamated Transit Union, Local 1005

*Defendant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: December 15, 2020
Filed: January 28, 2021
[Unpublished]
_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Stephanie Sims filed this action alleging sexual harassment and retaliation under the Minnesota Human Rights Act and 42 U.S.C. § 2000e-2, negligent

infliction of emotional distress, and other state common law claims. The district court[1] granted summary judgment to Metro Transit and Metropolitan Council on all counts. She appealed. After a careful review of the record, we find no error of law and no basis for reversing the district court.

We affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.